COLUMBIA CONSTRUCTION CO., Inc., a Corporation, et al., Appellants, v. David SACKETT and Everett J. Rosenberg, etc., Appellees.

No. 9198.

United States Court of Appeals

District of Columbia.

Argued May 29, 1946.

Decided June 17, 1946.

Mr. Joseph W. Wyatt, of Washington, D. C., for appellants.

Mr. A. Leckie Cox, of Washington, D. C., with whom Mr. Louis M. Denit, of Washington, D. C., was on the brief, for appellees.

Before EDGERTON, CLARK, and PRETTYMAN, JJ.

PER CURIAM.

The question in this case turns on the construction of a clause in a lease. We think the District Court, 66 F.Supp. 629, construed the clause correctly. The judgment is therefore affirmed.

[7] Supra at note 3.